United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Juan Miguel Ayala Ayala,<br>　　*Petitioner*,<br><br>v.<br><br>Martin L. Frink, et al.,<br>　　*Respondents*. | Civil Action H-25-5832 |

## ORDER

A status conference is set for December 15, 2025, at 3:30 p.m. by Zoom. At the conference, the parties shall be prepared to discuss expedited proceedings to resolve Petitioner's request for preliminary injunction. ECF No. 1 at 12.

Petitioner is **ORDERED** to immediately serve a copy of this order on Daniel Hu, Chief of the Civil Division for the United States Attorney's Office for the Southern District of Texas.

Signed at Houston, Texas, on December 9, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Peter Bray
　　　　　　　　　　　　　　　　United States Magistrate Judge