United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Juan Miguel Ayala Ayala, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil Action H-25-5832 |
| | § | |
| Martin L. Frink, et al., | § | |
| *Respondents.* | § | |

## ORDER TO RESPOND AND SHOW CAUSE

On December 15, 2025, the court held a hearing and set a briefing schedule. ECF No. 8. Pursuant to the briefing schedule, Petitioner was ordered to file a response to Respondents' Motion for Summary Judgment, ECF No. 10, by December 29, 2025. Petitioner has not filed a response.

By **January 9, 2026**, Petitioner is **ORDERED** to file a response to Respondents' Motion for Summary Judgment. In his response, Petitioner shall provide an explanation for his failure to adhere to the court's original briefing schedule. **Failure to comply with this Order may result in sanctions, including a recommendation of dismissal for failure to prosecute.**

If they wish to reply, Respondents will have until January 13, 2026, to do so.

Signed at Houston, Texas, on January 6, 2026.

Peter Bray
United States Magistrate Judge