UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN MIGUEL AYALA AYALA, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-05832 |
| § | |
| MARTIN L. FRINK, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on January 20, 2026 (Doc. #14) and Respondents' Objections (Doc. #16). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and the applicable legal authority, the Court adopts in part and declines to adopt in part the Memorandum and Recommendation (Doc. #14).

The Court agrees with Magistrate Judge Bray's well-reasoned conclusion that Petitioner falls under 8 U.S.C. § 1226(a) and is thus entitled to habeas relief. Doc. #14 at 6–7. However, the Court respectfully declines to adopt Magistrate Judge Bray's recommendation that Respondents be ordered to provide Petitioner with an individualized bond hearing. *Id.* at 7. This Court has determined that for an undocumented detainee—such as Petitioner—who has no criminal history, poses no flight risk, and presents no other reason to compel detention, the appropriate remedy is immediate release. *E.g., Lopez-Tipaz v. Noem, et al.*, 4:25-cv-4905 (S.D. Tex. Nov. 25, 2025); *Martinez Mendez v. Noem, et al.*, 4:25-cv-4981 (S.D. Tex. Nov. 25, 2025).

In conclusion, the Court adopts in part and declines to adopt in part the Memorandum and Recommendation (Doc. #14). Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is hereby GRANTED. Respondents' Motion for Summary Judgment (Doc. #10) is DENIED. It is further ORDERED that:

1. Respondents are directed to release Petitioner from custody, under appropriate conditions of release, within forty-eight (48) hours of entry of this Order. Petitioner shall be released in a public place within the Southern District of Texas, and his counsel shall be given notice of the time and place of her release;
2. Petitioner shall comply with all reporting requirements set by U.S. Immigrations and Customs Enforcement while his removal proceedings remain pending;
3. This Order may be served by facsimile, email, or any other means reasonably calculated to provide immediate notice.

It is so ORDERED.

FEB 0 6 2026

Date

The Honorable Alfred H. Bennett
United States District Judge